**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Manhattan Division**

| | |
|---|---|
| THE NAJJAR GROUP, LLC, individually, and as successor-in-interest to THE NAJJAR GROUP, LTD.<br><br>Plaintiff,<br><br>-against-<br><br>WEST 56TH HOTEL LLC d/b/a/ CHAMBERS HOTEL, IRA DRUKIER, RICHARD BORN and STEVEN J. CASPI, individually,<br><br>Defendants. | Civil Action No:<br>14-cv-07120 (RA) (GWG) |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, THE NAJJAR GROUP, LLC, individually, and as successor-in-interest to THE NAJJAR GROUP, LTD. (hereinafter "NAJJAR GROUP") by its attorneys, Buckley Law Group, P.A., submits this Notice partially dismissing the following claims without prejudice in accordance with FRCP 41(a)(1):

- All Causes of Action against individual defendants, IRA DRUKIER, RICHARD BORN, and STEVEN J. CASPI.
- Causes of Action, TWO, THREE, FOUR, FIVE, SIX, SEVEN & EIGHT against defendant, WEST 56TH HOTEL LLC d/b/a/ CHAMBERS HOTEL.

Dated: New York, New York
November 5, 2014

BUCKLEY LAW GROUP, P.A.

By: ______/s/Michael B. Buckley/s/_____________

Michael B. Buckley (MB – 7357)
Alan R. Levy (AL – 0722)
Attorneys for Plaintiff
THE NAJJAR GROUP, LLC, individually,
and as successor-in-interest to THE NAJJAR GROUP, LTD.
225 Broadway, Suite 2600
New York, NY 10004
(212) 514-7400
f-(212) 514-7404