Levy Sonet & Siegel, LLP
ATTORNEYS

MEMO ENDORSED

November 7, 2014

***BY ECF***

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 12 2014

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***The Najjar Group, LLC v. West 56th Hotel, LLC, et al***
**Civil Action No.: 14-CV-07120 (RA) (GWG)**

Honorable Abrams:

We are counsel to the defendants in the above-referenced action, and we submit this letter with the consent of Plaintiff's counsel, Alan R. Levy.

Plaintiff has voluntarily withdrawn seven of its eight causes of action as set forth in the First Amended Complaint, and has withdrawn all claims against Ira Drukier, Richard Born, and Steven J. Caspi. After further discussions among counsel, the parties have agreed, pending the Court's approval, to the following:

1. Defendants request permission to withdraw their pending motion to dismiss seven of Plaintiff's eight causes of action as pleaded in the First Amended Complaint.

2. By no later than November 19, 2014, Plaintiff will file a second amended complaint containing only those allegations relevant to its breach of contract cause of action as against the sole remaining defendant, West 56th Hotel, LLC.

3. By no later than December 1, 2014, Defendant will file an answer to Plaintiff's second amended complaint.

In light of these developments, we respectfully request a short adjournment of the Initial Status Conference (currently scheduled for November 21, 2014 at 2:45 p.m.), as well as the deadlines set forth in your Order and Notice of Initial Conference dated September 19, 2014. We propose to submit the joint letter, as well the proposed case management plan and scheduling order to the Court on December 8, 2014, with the Initial Status Conference to be rescheduled at the Court's convenience.

Thank you in advance for your consideration.

Respectfully submitted,

LEVY SONET & SIEGEL, LLP

Steven G. Sonet

No encls.

cc: Alan R. Levy, Esq. (By ECF)

Application granted. Defendants Ira Drukier, Richard Born, and Steven J. Caspi are hereby dismissed from this case. The Clerk of the Court shall close the pending motion to dismiss, docket no. 10.

Plaintiff shall file a second amended complaint by no later than November 19, 2014. Defendants shall file an answer to the second amended complaint no later than December 1, 2014.

The deadlines set forth in the Order and Notice of Initial Conference, dated September 19, 2014, are adjourned. By December 8, 2014, the parties shall submit a joint letter, not to exceed five (5) pages, providing the information requested in the Order and Notice of Initial Conference. By the same date, the parties shall also submit to the Court a proposed case management plan and scheduling order.

The Initial Status Conference is adjourned until December 12, 2014 at 10:00 a.m.

**SO ORDERED:**

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

11-12-14