# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THE NAJJAR GROUP, LLC, individually, and as successor-in-interest to THE NAJJAR GROUP, LTD.,

                         Plaintiff,

-against-

WEST 56TH HOTEL LLC d/b/a CHAMBERS HOTEL,

                         Defendant.

-----------------------------------------------------------X

14 CIVIL 7120 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 25, 2019, Defendant did not breach the implied covenant of good faith and fair dealing by continuing to operate the hotel despite Defendant's growing capital account balance. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York
          November 27, 2019

                                            **RUBY J. KRAJICK**
                                              Clerk of Court

**BY:** _/s/ R. Mango_
                                             **Deputy Clerk**