**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NAJJAR GROUP, LLC, individually, and as successor-in-interest to THE NAJJAR GROUP, LTD.

14-CV-07120 (RA)

-against-

**NOTICE OF APPEAL**

WEST 56TH HOTEL LLC d/b/a CHAMBERS HOTEL

Notice is hereby given that the following parties: THE NAJJAR GROUP, LLC (plaintiff)

in the above-captioned case appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on: 11/27/2019 that: granted judgment to defendant after trial

12/20/2019
Dated

Signature

Gordon, David, E
Name (Last, First, MI)

Gordon & Haffner, LLP, 480 Mamaroneck Avenue — Harrison — NY — 10528
Address — City — State — Zip Code

914-381-4848
Telephone Number

davidgordonlaw@msn.com
E-mail Address (if available)